# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACV 09-1282 JVS (MLGx) | Date  December 16, 2009 |

Title    Steven A. Sharpe, et al. v. Wells Fargo Bank, N.A., et al.

Present: The Honorable        James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (In Chambers)        Order to Show Cause re Sanctions

Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), calendared for hearing on December 21, 2009 at 1:30 p.m.  The Plaintiffs, Steven A. and Stacey L. Sharpe, have not opposed the motions, nor have they filed a notice of non-opposition as required by Local Rule 7-16.

Plaintiffs' counsel Wendell J. Jones shall appear at the hearing and show cause why he should not be sanctioned for failure to comply with the Local Rules.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |